IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOLIE KROOKS, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 14-4205 |
| | : | |
| HAVERFORD COLLEGE, | : | |
| Defendant. | : | |

## Order

AND NOW, this 14th day of January, 2015, upon consideration of Defendant's Motion to Dismiss, (Dkt No. 5), Plaintiff's Response, (Dkt No. 6), and Defendant's Reply, (Dkt No. 9), it is hereby ORDERED that Defendant's Motion is GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE. The Clerk of Court is DIRECTED to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.